UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>              v.<br><br>SETH ANDREW,<br><br>              Defendant. | No. 21 Mag 4262<br><br>NOTICE OF APPEARANCE |

Please take notice that the undersigned, Edward Y. Kim of Krieger Kim & Lewin LLP, hereby enters his appearance as counsel for Seth Andrew in the above-captioned proceeding. I certify that I am admitted to practice in this Court.

Dated: May 6, 2021

Respectfully submitted,

Edward Y. Kim
KRIEGER KIM & LEWIN LLP
500 Fifth Avenue, 34th Floor
New York, New York 10110
(212) 390-9555
Edward.Kim@KKLllp.com