UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>               v.<br><br>SETH ANDREW,<br><br>               Defendant. | No. 21 Mag 4262<br><br>NOTICE OF APPEARANCE |

      Please take notice that the undersigned, Varun A. Gumaste of Krieger Kim & Lewin LLP, hereby enters his appearance as counsel for Seth Andrew in the above-captioned proceeding.  I certify that I am admitted to practice in this Court.

Dated:  June 9, 2021                                      Respectfully submitted,

                                                            /s/ Varun A. Gumaste

                                                            Varun A. Gumaste
                                                            KRIEGER KIM & LEWIN LLP
                                                            500 Fifth Avenue, 34th Floor
                                                            New York, New York 10110
                                                            (212) 390-9565
                                                            Varun.Gumaste@KKLllp.com