# KRIEGER KIM & LEWIN LLP

500 Fifth Avenue  
New York, NY 10110

Telephone: (212) 390-9550  
www.KKLllp.com

July 29, 2021

By E-Mail

The Honorable Sarah Netburn  
United States Magistrate Judge  
Southern District of New York  
40 Foley Square  
New York, NY 10007

               Re:    *United States v. Seth Andrew*, 21 Mag. 4262

Dear Judge Netburn:

      We represent Mr. Seth Andrew in the above-captioned case. As set forth below, we write to respectfully request that the Court grant permission for Mr. Andrew to travel outside of his district of residence from: (i) August 1 to 3, 2021; and (ii) August 11 to 17. The government and Pretrial Services Officer Tim Donohue do not oppose these requests.

      Under the terms of his release, Mr. Andrew must remain within the District of Rhode Island, where he currently resides, except for attorney visits and court appearances. He is also permitted to travel to Massachusetts, Connecticut, and New York for periodic day trips, provided that he receives prior approval from his Pretrial Services Officer.

      We respectfully request that Mr. Andrew be permitted to travel with his wife and children from August 1 to 3 to visit a friend in Reading, MA. While there, Mr. Andrew also intends to seek treatment with healthcare providers, who have been unable to treat him while he is in Rhode Island. In addition, we respectfully request that Mr. Andrew be permitted to travel with his wife and children from August 11 to 17 to visit his in-laws in Bettendorf, IA.

      We thank the Court for its consideration of these requests.

APPLICATION GRANTED.  
SO ORDERED.  
July 30, 2021

*[Signature]*

Respectfully submitted,  
KRIEGER KIM & LEWIN LLP

By: *[Signature]*  
Edward Y. Kim  
Varun A. Gumaste

cc:    AUSA Ryan B. Finkel  
       Pretrial Services Officer Dominique Jackson (SDNY)  
       Pretrial Services Officer Tim Donohue (DRI)