## KRIEGER KIM & LEWIN LLP

500 Fifth Avenue
New York, NY 10110

Telephone: (212) 390-9550
www.KKLllp.com

August 13, 2021

By E-Mail

The Honorable Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

# MEMORANDUM ENDORSEMENT

Re:     *United States v. Seth Andrew*, 21 Mag. 4262

Dear Judge Gorenstein:

We represent Mr. Seth Andrew in the above-captioned case.  As set forth below, we write to respectfully request that the Court grant permission for Mr. Andrew to extend his previously approved travel outside of his district of residence by one day, until August 18, 2021.  The government and Pretrial Services Officer Tim Donohue do not oppose this request.

Under the terms of his release, Mr. Andrew must remain within the District of Rhode Island, where he currently resides, except for attorney visits and court appearances.  He is also permitted to travel to Massachusetts, Connecticut, and New York for periodic day trips, provided that he receives prior approval from his Pretrial Services Officer.

On July 30, 2021, the Court approved Mr. Andrew's request to travel with his wife and children from August 11 to 17, 2021 to visit his in-laws in Bettendorf, IA.  ECF No. 15.  Unfortunately, Mr. Andrew's return flight on August 17 has been canceled.  Accordingly, we respectfully request that Mr. Andrew be permitted to return to Rhode Island on August 18 to accommodate this revision to his travel schedule.

We thank the Court for its consideration of this request.

Application granted.

SO ORDERED.
Dated: August 13, 2021

_GABRIEL W. GORENSTEIN_
United States Magistrate Judge

Respectfully submitted,
KRIEGER KIM & LEWIN LLP

By: _____
Edward Y. Kim
Varun A. Gumaste

cc:     AUSA Ryan B. Finkel
        Pretrial Services Officer Dominique Jackson (SDNY)
        Pretrial Services Officer Tim Donohue (DRI)