**KRIEGER KIM & LEWIN LLP**

500 Fifth Avenue  
New York, NY 10110

Telephone: (212) 390-9550  
www.KKLllp.com

December 6, 2021

<u>By E-Mail</u>

The Honorable James L. Cott  
United States Magistrate Judge  
Southern District of New York  
500 Pearl St.  
New York, NY 10007

     Re: *United States v. Seth Andrew*, 21 Mag. 4262

Dear Judge Cott:

  We represent Mr. Seth Andrew in the above-captioned case. As set forth below, we write to respectfully request that the Court grant permission for Mr. Andrew to travel outside of his district of residence from on or about December 20, 2021 to on or about January 4, 2022. The government and Pretrial Services do not oppose this request.

  Under the terms of his release, Mr. Andrew must remain within the District of Rhode Island, where he currently resides, except for attorney visits and court appearances. He is also permitted to travel to Massachusetts, Connecticut, and New York for periodic day trips, and the District of Columbia and Massachusetts for periodic overnight trips, provided that in all instances he receives prior approval from his Pretrial Services Officer.

  We respectfully request that Mr. Andrew be permitted to travel from on or about December 20 to on or about January 4 to Florida to visit close family members for the holidays, including his father, sister, and wife's parents. Mr. Andrew intends to take a flight from Newark, NJ to Fort Myers, FL and return through the same airports. He will keep his Pretrial Services Officer apprised of his specific itinerary.

  We thank the Court for its consideration of this request.

            Respectfully submitted,  
            KRIEGER KIM & LEWIN LLP

        By: _____  
            Edward Y. Kim  
            Varun A. Gumaste

cc: AUSA Ryan B. Finkel  
   Pretrial Services Officer Dominique Jackson (SDNY)  
   Pretrial Services Officer Tim Donohue (DRI)

Without objection from the Government or Pretrial Services, the request is approved.  
SO ORDERED.

12/6/2021   _____  
        JAMES L. COTT  
        United States Magistrate Judge