UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,         )
                                  )
          Plaintiff,              )      Case No. 21 MAG 4262
     v.                           )
                                  )
SETH ANDREW,                      )
                                  )
          Defendant.              )

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby enters his appearance as counsel on behalf of Defendant Seth Andrew in the above-captioned case. I certify that I am admitted to practice in this Court.

Dated:   January 13, 2022
         Burlington, Vermont

                              DOWNS RACHLIN MARTIN PLLC

                    By:       /s/ Timothy C. Doherty, Jr.
                              Timothy C. Doherty, Jr.
                              Bar Number: 4221941
                              199 Main Street
                              P.O. Box 190
                              Burlington, VT 05402-0190
                              Telephone: 802-863-2375
                              Fax: 802-862-7512
                              E-mail: tdoherty@drm.com

                              Attorneys for Defendant, Seth Andrew

21107237.1